## Commonwealth ex rel. Kern, Appellant, *v.* Banmiller.

Submitted November 15, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Edward J. Kern,* appellant, in propria persona.

*Edward E. Fagan, Louis Abromson,* and *William Claney Smith,* Assistant District Attorneys, and *Edward C. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, December 12, 1962:

The order of the court below refusing the writ is affirmed on the opinion of President Judge J. FRANK GRAFF, specially presiding, reported in 28 Pa. D. & C. 2d 607.

## Commonwealth ex rel. Weaver, Appellant, *v.* Maroney.

Submitted November 14, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.